No. 82–5280.  STRICKLAND *v.* ZANT, WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.  Super. Ct. Ga., Butts County; and

No. 82–5305.  HITCHCOCK *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.  Reported below: No. 82–5305, 413 So. 2d 741.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the

---

Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.